USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

Index No. 08 CIV 3759 (KMK)

          Plaintiffs,

**VOLUNTARY NOTICE
OF DISMISSAL & ORDER**

  -and-

BURTIS CONSTRUCTION CO., INC.,

        Defendant.
-----------------------------------------------------------------x

  PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action with prejudice.

Dated: June , 2008
   Elmsford, New York

         BARNES, IACCARINO, VIRGINIA,
        AMBINDER & SHEPHERD, PLLC

        _____
        Karin Arrospide, Esq. (KA9319)
        Attorney for Plaintiffs
        258 Saw Mill River Road
        Elmsford, New York 10523
        (914) 592-1515

SO ORDERED:
_____
Honorable Kenneth M. Karas, U.S.D.J.

June 10, 2008
White Plains, NY